IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, et al.,

      Plaintiffs,

V.                                  CASE NO. C2-08-527
                                    JUDGE EDMUND A. SARGUS, JR.
                                    MAGISTRATE JUDGE TERENCE P. KEMP

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, et al.,

      Defendants.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

IT IS SO ORDERED.

9-18-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE